UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* <br><br> Plaintiffs, <br><br> v. <br><br> MARC F. STEIN, <br> d/b/a M F STEIN CORPORATION, <br> a/k/a M F STEIN CORP <br><br> Defendant. | Civil Action No. 1:05cv01942 |

**AFFIDAVIT OF SERVICE
ON DEFENDANT MARC F. STEIN**

I hereby affirm that a copy of Plaintiffs' complaint, summons, and Initial Electronic Case Filing Order and ECF registration forms were served on Defendant on October 7, 2005, via overnight mail at the following address:

> M F Stein Corporation
> 2560 East Tioga Street
> Philadelphia, PA   19134

I declare under penalty of perjury that the foregoing is true and correct.

|  |  |
|---|---|
| Date: __10/11/05_____ | _____/s/_____<br>Brent Glodowski<br>SLEVIN & HART, P.C.<br>1625 Massachusetts Ave., N.W.,<br>Suite 450<br>Washington, D.C. 20036<br>(202) 797-8700<br><br>Paralegal |

H:\Users\BGG\150\198 (MF Stein)\AffofService.wpd