

Home | About UPS | Contact UPS | Getting Started @ UPS.com



UPS Uni

**Tracking**

Log-In User ID:           Password:              | Forgot Password

**Tracking**

→ **Track by Tracking Number**
  › Track by E-mail
  › Import Tracking Numbers
→ Track by Reference Number
→ Track by Freight Tracking Number
→ Track by Freight Shipment Reference
→ Track with Quantum View
→ Sign Up for Signature Tracking
→ Void a Shipment
→ Help



Hurricane-Related Service Updates →

## Track by Tracking Number

**View Details**

**Status:** Delivered
**Delivered on:** Oct 7, 2005 9:25 A.M.
**Location:** FRONT DOOR
**Delivered to:** PHILADELPHIA, PA, US
**Shipped or Billed on:** Oct 6, 2005

**Tracking Number:** 1Z F2R 941 01 9292 445 1
**Service Type:** NEXT DAY AIR

**Package Progress:**

| Date/Time | Location | Activity |
|---|---|---|
| Oct 7, 2005 | | |
| 9:25 A.M. | PHILADELPHIA, PA, US | DELIVERY |
| 5:22 A.M. | PHILADELPHIA, PA, US | OUT FOR DELIVERY |
| 4:16 A.M. | PHILADELPHIA, PA, US | ARRIVAL SCAN |
| 3:55 A.M. | LAWNSIDE, NJ, US | DEPARTURE SCAN |
| 12:52 A.M. | LAWNSIDE, NJ, US | ARRIVAL SCAN |
| Oct 6, 2005 | | |
| 9:32 P.M. | LANDOVER, MD, US | DEPARTURE SCAN |
| 8:47 P.M. | LANDOVER, MD, US | ORIGIN SCAN |
| 2:59 P.M. | LANDOVER, DC, US | PICKUP SCAN |
| 11:21 A.M. | US | BILLING INFORMATIC RECEIVED |

Tracking results provided by UPS: Oct 10, 2005 4:27 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.