UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* <br><br> Plaintiffs, <br><br> v. <br><br> MARC F. STEIN, <br> d/b/a M F STEIN CORPORATION, <br> a/k/a M F STEIN CORP <br><br> Defendant. | Civil Action No. 1:05cv01942 |

## MOTION FOR ENTRY OF ORDER OF DEFAULT

Plaintiffs, having duly caused service of process of Plaintiffs' complaint to be made upon the Defendant, request the court to enter an Order of Default against the Defendant because the Defendant have failed to plead or defend as required by Rule 55 of the Federal Rules of Civil Procedure, and the time for pleading has expired. The basis of this Motion is set forth in the attached Affidavit in Support of Default.

                Respectfully submitted,

Dated: __11/7/05_____     _____/s/_____
                       Marc H. Rifkind, DC Bar No. 416183
                       SLEVIN & HART, P.C.
                       1625 Massachusetts Ave., N.W., Suite 450
                       Washington, D.C.  20036
                       (202) 797-8700
                       Counsel for Plaintiffs

## Certificate of Service

I hereby certify that a copy of the foregoing Plaintiffs' Motion for Entry of Order of Default and the accompanying Affidavit, was mailed this 7th day of November, 2005, via regular mail, postage pre-paid to:

>Marc F. Stein, Registered Agent
>MF Stein Corporation
>2560 East Tioga Street
>Philadelphia, PA 19134

>_____/s/_____
>Marc H. Rifkind, DC Bar No. 416183
>SLEVIN & HART, P.C.
>1625 Massachusetts Ave., N.W., Suite 450
>Washington, D.C.  20036
>(202) 797-8700
>Counsel for Plaintiffs

H:\Users\BGG\150 (NSPF)\198 (MF Stein)\MEOD.wpd