# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL SHOPMEN PENSION FUND,** *et. al.* ) ) ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | **Civil Action No. 1:05cv01942** |
| **MARC F. STEIN,** ) | |
| **d/b/a M F STEIN CORPORATION,** ) | |
| **a/k/a M F STEIN CORP** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## <u>AFFIDAVIT IN SUPPORT OF DEFAULT</u>

1.      I am the attorney of record for Plaintiffs in the above-entitled cause.

2.      The Fund served Defendant via overnight delivery, pursuant to provisions of Rule 4(c)(2) of the United State Court of the District of Columbia on October 7, 2005.

3.      The Fund filed a certificate of service on October 11, 2005  with the Court.

4.      The authority for obtaining personal jurisdiction over the Defendant served outside the District of Columbia is 29 U.S.C. §1132(e)(2).

5.      Defendant have failed to enter an appearance or file any pleading, and the time to file pleadings or make an appearance has expired in this case.

6.      Inasmuch as Defendant are corporations, they are neither infants nor incompetent persons, nor are they in military service.

7.      Based on the foregoing, the Clerk should enter Default against Defendant.

Respectfully submitted,

Executed on:_11/7/05_____          _____/s/_____
                                        Marc Rifkind, DC Bar No. 416183
                                        SLEVIN & HART, P.C.
                                        1625 Massachusetts Ave., N.W., Suite 450
                                        Washington, D.C.  20036
                                        (202) 797-8700
                                        Counsel for Plaintiffs

H:\Users\BGG\150 (NSPF)\198 (MF Stein)\AffSupportDeft.wpd