UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL SHOPMEN PENSION FUND et. al., )
)
                     Plaintiff,   )
)
     v.                                       ) Civil Action No. 05-1942 (EGS)
)
MARC F. STEIN,                      )
)
                     Defendant.  )
)

**O R D E R**

It is this **2nd day of February 2006**, hereby

**ORDERED** that in view of the entry of a default by the Clerk of the Court on **November 8, 2005**, this case is REMOVED from the active calendar of the Court without prejudice to further proceedings as may be appropriate by plaintiff to obtain judgment against the defendant.

**Signed:**    **Emmet G. Sullivan**
                 **United States District Judge**
                 **February 2, 2006**