UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MARC F. STEIN, d/b/a M F STEIN CORPORATION, a/k/a M F STEIN CORP | ) ) ) ) |
| Defendant. | ) ) ) |

Civil Action No. 1:05cv01942

## MOTION FOR REINSTATEMENT OF MATTER ON ACTIVE CALENDAR

Plaintiffs, by and through undersigned counsel, respectfully ask this Court to reinstate this matter on the active calendar.

Respectfully submitted,

Dated: May 9, 2006

/s/ Marc Rifkind
Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC  20036
202-797-8700  (Telephone)
202-234-8231  (Facsimile)

Counsel for Plaintiff

H:\Clients\0150\198\Mot to Reinstate.wpd