UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>MARC F. STEIN,<br>d/b/a M F STEIN CORPORATION,<br>a/k/a M F STEIN CORP )<br><br>Defendant. ) | Civil Action No. 1:05cv01942 |

**PLAINTIFF'S WITHDRAWAL OF REQUEST TO REOPEN MATTER WITH
<u>CERTIFICATE OF SERVICE</u>**

Plaintiffs, by and through counsel, hereby withdraw their request to reopen the above-captioned litigation which was filed with the Court on May 9, 2006.


Date: July 24, 2006               /s/ Marc H. Rifkind

                    Marc H. Rifkind, Esq. 416183 (DC)
                    SLEVIN & HART, P.C.
                    1625 Massachusetts Ave., NW, Suite 450
                    Washington, D.C.  20036
                    (202) 797-8700


                    Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify this 24th day of July, 2006, that I caused to be served a copy of the foregoing Withdrawal of Request to Reopen Matter by sending a copy of same via first class delivery, postage-prepaid to the following party:

>Marc Stein
>MF Stein Corp.
>2560 East Tioga Street
>Philadelphia, Pennsylvaia 19134

                                                      /s/ Marc H. Rifkind
                                                      Marc H. Rifkind, Esq.

H:\Clients\0150\198\Withdrawal Request and New Suit\Notice of Withdrawal.wpd